# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1884
LT Case No. 27-2023-DP-86

_____

C.G., MOTHER OF E.L.G., MINOR
CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott Timothy Smith, Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Amanda
Victoria Glass, Senior Attorney, Appellate Division, and
Stephanie E. Novenario, Tallahassee, of Statewide Guardian ad
Litem Office, for Statewide Guardian ad Litem Program.


November 12, 2025


PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____